# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Warner J. Hamilton Jr. and : 
Maria D. Hamilton, : 
                Petitioners : 
                 : 
           v. :     No. 705 F.R. 2019
                 : 
Commonwealth of Pennsylvania, : 
            Respondent : 

**PER CURIAM**                  **O R D E R**

NOW, October 18, 2022, upon consideration of Petitioners' application for reargument/reconsideration, and Respondent's answer in response thereto, the application is denied.